UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Jose Vellon,

              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -mag-  7559  ( )( )

Defendant Jose Vellon hereby voluntarily consents to participate in the following proceeding via
_x_ videoconferencing or _x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jose Vellon
Print Defendant's Name

_____
Defendant's Counsel's Signature

Marne L. Lenox
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/28/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge